UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL LOUISE MARCHESE,

    Plaintiff,

v.                            Case No. 3:18cv154-MCR-HTC

ESCAMBIA COUNTY ANIMAL
SHELTER and ESCAMBIA
COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On April 10, 2019, the undersigned entered an order (ECF Doc. 11) noting Plaintiff's amended complaint (ECF Doc. 9) is indecipherable due to illegible handwriting. The undersigned advised that if the Court cannot read Plaintiff's handwriting and discern the substance of what she is saying, the Court will be unable to grant Plaintiff relief. The undersigned further observed that although the majority of the amended complaint is indecipherable, it is clear Plaintiff names the same defendants as named in her initial complaint and alleges facts similar to those alleged in the initial complaint.

The undersigned referred Plaintiff to the order entered on June 15, 2018 (ECF Doc. 7), advising of the deficiencies in the initial complaint, including that the

Case No. 3:18cv154-MCR-HTC

Escambia County Sheriff's Office is not subject to suit under § 1983 and Plaintiff has not alleged facts from which municipal liability could be imposed on the county. Nevertheless, the undersigned allowed Plaintiff an opportunity to file a second amended complaint within thirty (30) days and advised that if Plaintiff failed to do so, the matter would be subject to dismissal for failure to prosecute or failure to comply with an order of the Court.

After more than thirty (30) days passed and Plaintiff had not filed a second amended complaint, the undersigned entered an order (ECF Doc. 12) directing Plaintiff to show cause within ten (10) days of the date of the order why the matter should not be dismissed for failure to prosecute or failure to comply with an order of the Court. More than ten (10) days have passed and Plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this matter be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with an order of the Court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 7th day of June, 2019.

        */s/ Hope Thai Cannon*
        **HOPE THAI CANNON**
        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.